## MARTIN LUMBER CO. v. THOMAS.

No. 28120.   June 7, 1938.

Logan E. Hysmith and Jack Bradley, for plaintiff in error.

F. L. Welch, for defendant in error.

PER CURIAM. On May 4, 1937, the court granted 60 days to make and serve case-made. No other valid order of extension was entered. The case-made was served on August 31, 1937. A motion to dismiss has been filed, and no response thereto is made. The appeal must be dismissed. Parry v. Hoblit, 35 Okla. 362, 129 P. 693; Blanchard v. United States, 6 Okla. 587, 52 P. 736; Byrd v. Harrison, 45 Okla. 142, 145 P. 318; Graf Packing Co. v. Palphrey, 178 Okla. 95, 62 P.2d 53; Hawkins v. Steil, 172 Okla. 301, 45 P.2d 147.

The appeal is dismissed.

RILEY, PHELPS, CORN, GIBSON, and HURST, JJ., concur.